D. Scott Carruthers, Esq. (SBN 68745)
Erfan S. Shariat, Esq.  (SBN 320330)
D. SCOTT CARRUTHERS, APLC
8448 Katella Avenue/PO Box 228
Stanton, California 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976
Fax: (714) 761-1754

Attorney for Defendant

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARRISSA KELLY-LORD, an individual,<br><br>        Plaintiff,<br><br>        vs.<br><br>SFM-6, LLC., and THE LAW OFFICE OF D. SCOTT CARRUTHERS, a Professional law corporation; AND DOES 1 THROUGH 10, INCLUSIVE,<br><br>        Defendant(s) | CASE NO.: 18CV2067 BTM NLS<br><br>**DEFENDANT(S) NOTICE OF PARTY WITH FINANCIAL INTEREST** |

Pursuant to Civil Local Rule 40.2, the undersigned, counsel of record for Defendant(s) hereby certify that the following listed parties have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable the Court to evaluate possible disqualification or recusal.

1. SFM-6, LLC.;
2. D. SCOTT CARRUTHERS, APLC.

Dated: September 21, 2018

                                                  **D. SCOTT CARRUTHERS, APLC**

                                                  *D. SCOTT CARRUTHERS*

                                                  D. Scott Carruthers, Esq.

                                                  Attorney for Defendant(s)

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the City of Stanton, County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 8448 Katella Avenue/PO Box 228, Stanton, California 90680. On September 21, 2018, I served the documents named below on the parties in this Action as follows:

DOCUMENT(S) SERVED:
DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT

SERVED UPON:              SEE ATTACHED LIST

**[]**   (**BY MAIL**) I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Stanton, California.  I am readily familiar with the practice of D. Scott Carruthers, APLC for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after deposit for mailing in affidavit.

**[X]**   (**BY E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses as listed above and/or on the attached Service List.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**[]**   (**BY FEDERAL EXPRESS**) I caused such envelope(s) to be delivered via Federal Express to the addresses(s) designated in the attached list.

**[]**   (**BY PERSONAL SERVICE**) I delivered to an authorized courier or driver authorized by First Legal Support Services to receive documents to be delivered on the same date.  A proof of service signed by the authorized courier shall be filed upon receipt from First Legal Support Services.

**[X]**   (**STATE**) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **September 21, 2018,** at Stanton, California.

*ERFAN SHARIAT*
**Erfan S. Shariat, Esq.**

## SERVICE LIST

Corey Teed, Esq.
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910

Attorney for Plaintiff

ANSWER TO COMPLAINT