Jeremy S. Golden (SBN 228007)
Cory M. Teed (SBN 299780)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Phone: 619-476-0030; Fax: 775-898-5471
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARRISSA KELLY-LORD, an individual, <br><br>           Plaintiff, <br><br> v. <br><br> SFM-6, LLC, a limited liability company; and LAW OFFICE OF D. SCOTT CARRUTHERS, a professional law corporation; and DOES 1 through 10, inclusive, <br><br>           Defendants. | Case No.: 18-cv-2067-BTM (NLS) <br><br> **Plaintiff's Pretrial Disclosures** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3), Plaintiff makes the following pretrial disclosures:

**A.     F.R.C.P. 26(a)(3)(A)(i) – Witnesses**

1)     Marrissa Kelly-Lord

2)     D. Scott Carruthers

3)     Jerome Martinez  - 11437 Magnolia Ave., Apt. 146, Riverside, CA 92505; 619-905-7065

4) Albina Wong - 9803 Gandy Ave., Santee, CA 92072; 619-995-3406

5) Marissa Jibben - 8957 Complex Drive, San Diego, CA 92123; 619-664-8817.

6) Shane Fischer - 5925 El Cajon Blvd, Unit 104, San Diego, CA 92115; 858-722-0421.

7) Susan Sledge - 2082 Willow Glen Dr., El Cajon, CA 92019; 619-840-8767.

8) Kenneth Buckner - 2082 Willow Glen Dr., El Cajon, CA 92019; 619-995-4440.

**B.** **F.R.C.P. 26(a)(3)(A)(ii) – Deposition Testimony**

1) Plaintiff may present the deposition testimony of D. Scott Carruthers

**C.** **F.R.C.P. 26(a)(3)(A)(iii) – Documents Plaintiff Intends to Offer**

1) Plaintiff's Complaint

2) Defendants' Answer

3) Plaintiff's Discovery Requests to Defendant Law Office of D. Scott Carruthers

4) Defendant Law Office of D. Scott Carruthers Responses to Plaintiff's Discovery Requests

5) Plaintiff's Discovery Requests to Defendant SFM-6, LLC

6) Defendant SFM-6, LLC Responses to Plaintiff's Discovery Requests

7) Amended Notice of Deposition of Defendant Law Office of D. Scott Carruthers

8) Amended Notice of Deposition of Defendant SFM-6, LLC

9) Deposition Transcript of D. Scott Carruthers

10) Complaint for McClain v. SFM-6, LLC, et al.; Case No. 2:17-cv-00911-MCE-GGH

11) Deposition Transcript of D. Scott Carruthers from McClain v. SFM-6, LLC

12) Complaint for Oclarino v. Mountain Lion Acquisitions, Inc., et al., et al.; Case No. 2:16-cv-01533-MCE-EFB

13) Deposition Transcript of D. Scott Carruthers from Oclarino v. Mountain Lion Acquisitions, Inc.,

14) Complaint for Marsh v. Mountain Lion Acquisitions, Inc., et al.; Case No. 3:15-cv-01847-JLS-BLM

15) AccuTerm Screen Print - Account Notes
16) Defendants' Excel Spreadsheet Re Account
17) Complaint for Underlying Collection Case Lawsuit
18) Answer for Underlying Collection Case Lawsuit
19) Letter from Defendant Law Office of D. Scott Carruthers to Plaintiff dated 3/27/2018

Date: October 23, 2019

/s/Cory M. Teed
Cory M. Teed
Attorney for Plaintiff